IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTA WILLIAMS, **Plaintiff** | : : : | CIVIL ACTION |
| v. | : : | NO. 10-0900 |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, **Defendant** | : : : : | |

**ORDER**

STENGEL, J.

AND NOW, this 21st day of December, 2010, upon consideration of the Plaintiff's motion for summary judgment (Document No. 8) and the Defendant's Response thereto (Document No. 9) and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, IT IS HEREBY **ORDERED** that:

1. No objections having been filed, he Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion for summary judgment, or in the alternative, for remand, is **DENIED**;

3. Judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security and Against Plaintiff Roberta Williams, and the decision of the Commissioner of Social Security is **AFFIRMED.**

4. The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

LAWRENCE F. STENGEL, J.